Jose **INTERIANO**, Appellant,

v.

**STATE of Missouri, Respondent.**

No. WD 63365.

Missouri Court of Appeals, Western District.

Aug. 17, 2004.

Mark Grothoff, State Public Defender Office, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., and Deborah Daniels, Office of Attorney General, Jefferson City, for respondent.

Before EDWIN H. SMITH, Chief Judge, HAROLD L. LOWENSTEIN, Judge, and PAUL M. SPINDEN, Judge.

## ORDER

Jose Interiano appeals the circuit court's judgment denying his motion, filed pursuant to Rule 29.15, to set aside his conviction. We affirm. Rule 84.16(b).